UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 5:07-CR-62-KSF

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                    **OPINION AND ORDER**

GRADY G. CALHOUN                                                  DEFENDANT

This matter is before the Court on the motion of the defendant for clarification and reconsideration of his previously imposed sentence to run concurrent with his state sentence pursuant to 18 U.S.C. § 3584. The United States filed a response. The defendant has not filed a reply and the time for doing so has expired so this matter is ripe for review.

The defendant asks the Court to modify his sentence so that his federal sentence may be served concurrent to his state sentence in Brown County, Ohio. The Court must deny this request because a district court may not modify a sentence already imposed except in extremely limited circumstances. None of those circumstances exist in this case. *United States v. Vicol*, 460 F.3d 693, 697 (6th Cir. 2006).

Accordingly, **IT IS ORDERED** that the motion for a clarification and reconsideration [DE 40] is **DENIED**.

This June 23, 2010.



**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**